UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CIVEO OFFSHORE, LLC | § | CIVIL ACTION NO.: |
| | § | |
| | § | |
| VERSUS | § | JUDGE: |
| | § | |
| M/V REM POSEIDON (IMO Number | § | |
| 9422330); and her engines, tackle, | § | MAGISTRATE: |
| furniture, apparel, appurtenances, etc., | § | |
| *in rem* | § | |

---

## VERIFIED COMPLAINT

NOW INTO COURT, through undersigned counsel, and against the vessel M/V REM POSEIDON, IMO Number 9422330, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, comes plaintiff Civeo Offshore, LLC ("Civeo") and respectfully represents as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and jurisdiction of the United States and this Honorable Court is proper under 28 U.S.C. §1333.

2.

At all material times, Civeo was, and now is, a limited liability company organized and existing under the laws of the State of Delaware with its principle business establishment in Louisiana located at 2317 Engineers Road, Belle Chasse, Louisiana 70037. Civeo was formerly known as General Marine Leasing, LLC ("GML") until it changed its name to Civeo Offshore, LLC on April 17, 2014.

3.

Defendant vessel, the M/V REM POSEIDON, IMO Number 9422330, is owned by REM Offshore ASA, a Norwegian entity, is registered and documented under the flag of the Bahamas, and will during the pendency of this action be within the navigable waters of this judicial district, specifically Fourchon, Louisiana.

4.

GML, now known as Civeo, owned several items of maritime property which it leased to a Mexican entity named Oil States Energy Services S.A. de C.V. ("OSES") prior to September, 2011.

5.

OSES, on September 17, 2011, then leased the maritime property to Blue Marine Shipping II, S.A. de C.V. ("Blue Marine"). *See* Exhibit 1 – Terms and Conditions of Lease Agreement REM Poseidon ("Lease Agreement").

6.

The maritime property leased to Blue Marine is described in Exhibits A and B of the Lease Agreement and is valued at $2,233,000. *See* Exhibit 2 – Commercial Invoice to Blue Marine.

7.

Blue Marine, at the time it leased the maritime property from OSES, was the sub-charterer of the M/V REM POSEIDON and installed the leased maritime property aboard the M/V REM POSEIDON.

8.

The maritime property installed on the M/V REM POSEIDON became an appurtenance of the M/V POSEIDON, has at all material times been installed on the vessel, and remains installed on the vessel today.

9.

Blue Marine stopped making lease payments on the appurtenances installed on the M/V POSEIDON to OSES in late 2012 giving rise to a maritime lien on the appurtenances and the vessel.

10.

The Lease Agreement provides that the lease term shall be no less than one year and further provides that Blue Marine must pay the rental amounts on all equipment leased until the equipment is returned to OSES.  *See* Exhibit 1, Paragraphs A and B.

11.

The total outstanding rental amount through May 28, 2014 is $1,429,144.88.  *See* Exhibit 3 – Representative Invoices to Blue Marine *in globo*; *see also* Exhibit 4 – Asset Purchase and Sale Agreement, Exhibit B, Description of Credit Rights.  The rent continues to accrue daily and will continue to do so until the equipment is returned.

12.

The Lease Agreement also provides that OSES is entitled to terminate the Lease Agreement after sixty days in the event Blue Marine fails to make rental payments.  *See* Exhibit 1, Paragraph F, subparagraph 9.

13.

OSES gave Blue Marine notice of termination of the Lease Agreement on March 10, 2014 which required that the appurtenances be returned, however, they remain installed on the M/V POSEIDON.

14.

The failure of Blue Marine to return the maritime property constitutes conversion of the maritime property which gives rise to a maritime lien.

15.

While the Lease Agreement was between OSES and Blue Marine, Civeo is the proper party in interest in this action because OSES and Civeo entered into an Asset Purchase and Sale Agreement on May 30, 2014 under which Civeo acquired all credit rights to the unpaid rents under the Lease Agreement. *See* Exhibit 4 – Asset Purchase and Sale Agreement, Paragraph I (B) and Clauses One and Two.

16.

The Asset Purchase and Sale Agreement also contemplates the transfer of ownership from OSES to Civeo of a portable containerized galley which was leased by Blue Marine, however, this unit is also installed, and remains aboard, the M/V REM POSEIDON and has thus also been converted by Blue Marine. *Id.*

17.

The containerized galley is valued at $161,741.41. *See* Exhibit 4, Exhibit A – Description of Assets.

18.

It is expressly understood that Civeo agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible from any and all liability or responsibility for claims arising from the arrest of the M/V REM POSEIDON.

19.

Pursuant to Local Rule LAR 64.4, Civeo expressly authorizes the Marshal to appoint the master of the vessel or another competent person as keeper or custodian and expressly hold the Marshal harmless from any and all liability as a result of such appointment.

20.

All and singular, the premises of this Verified Complaint are true and correct and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Civeo Offshore, LLC prays:

1.   That process *in rem* issue in due form of law under Supplemental Rule C of the Federal Rules of Civil Procedure and according to the practices of this Honorable Court in a cause of admiralty and maritime jurisdiction citing all persons having or claiming interest in the vessel M/V REM POSEIDON, IMO Number 9422330, and her engines, tackle, apparel, appurtenances, etc., *in rem*, to appear and answer, under oath, all and singular, the matters aforesaid;

2.   That a warrant of arrest, according to the practice of this Honorable Court in causes of admiralty and maritime jurisdiction, may issue against the M/V REM POSEIDON, IMO Number 9422330, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and that all persons claiming any interest in the vessel may be cited to appear and answer the matters aforesaid and

that the vessel may be condemned and sold to pay the demands and claims aforesaid with interest and costs and to pay any and all other amounts required to be paid to Civeo Offshore, LLC;

3.   That, after due proceedings had herein, that Civeo Offshore, LLC have judgment against the vessel *in rem* for the outstanding rental amounts described herein above of $1,429,144.88; and,

4.   That all of Civeo's maritime property be ordered to be removed from the vessel and returned to Civeo; and,

5.   That, in the alternative, after due proceedings had herein, that Civeo Offshore, LLC have judgment against the vessel *in rem* for the value of the appurtenances installed on it as described herein above of $2,394,741.41 in addition to the outstanding rental amounts, and,

6.   That the M/V REM POSEIDON, her engines, tackle, apparel, appurtenances, etc. be condemned and sold, free and clear of all liens and encumbrances to satisfy the judgment against the M/V REM POSEIDON and that this Court award Civeo Offshore, LLC out of the proceeds of said sale the full amount of its damages, together with costs of suit and attorney's fees; and,

7.   For all other general and equitable relief as this Court deems just and proper.

Respectfully submitted,

/s/ Brendhan H. Thompson
David S. Bland (LA# 1251)
Brendhan H. Thompson (LA #31551)
Bland & Partners, P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans, Louisiana 70112
Telephone: (504) 528-3088
Facsimile: (504) 586-3419
dbland@blandpartners.com
bthompson@blandpartners.com

Attorneys for Civeo Offshore, LLC

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

Personally appeared before me, the undersigned authority in and for said state and parish, Brendhan H. Thompson, who, after being duly sworn, did depose and say as follows:

He is an associate in the firm of Bland & Partners, P.L.L.C., attorneys of record for Plaintiff herein, that he has read the foregoing Verified Complaint and knows the contents thereof; and that, upon information and belief, he verily believes the allegations to be true to the best of his knowledge; that the source of his information and the grounds of his belief are documents and information supplied to him by Plaintiff.  Undersigned makes this verification on behalf of Plaintiff because it has no authorized officers within the District.  Undersigned is authorized to make this verification on behalf of Plaintiff.

_____
Brendhan H. Thompson

SWORN AND SUBSCRIBED
BEFORE ME THIS 5th DAY
OF AUGUST, 2014.

_____
NOTARY PUBLIC
JAMES A PLESCOTT JR   LA BAR # 30021
My commission expires: _AT DEATH_

8

**PLEASE SERVE:**
M/V REM POSEIDON
Located at the Intermoor
facility at 540 Dudley
Bernard Road, Fouchon,
Louisiana