## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CIVEO OFFSHORE, LLC** | § § § | **CIVIL ACTION NO.:** |
| **VERSUS** | § § § | **JUDGE:** |
| **M/V REM POSEIDON (IMO Number 9422330); and her engines, tackle, Furniture, apparel, appurtenances, etc.,** *in rem* | § § § § § | **MAGISTRATE:** |

## ORDER AUTHORIZING WARRANT FOR THE ARREST OF THE M/V REM POSEIDON

This cause is before the Court on Plaintiff Civeo Offshore, LLC's request for the issuance of a warrant of arrest of the M/V REM POSEIDON.

Upon review of the Verified Complaint and supporting pleadings, it appears to the Court that the conditions for the issuance of a warrant of arrest of the M/V REM POSEIDON pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure do exist. This Court is of the opinion that Plaintiff's request is due to be granted.

Civeo agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the vessel.

It is therefore ORDERED that a warrant for the arrest of the M/V REM POSEIDON is hereby authorized to be issued; that a copy of this Order be delivered to the Clerk; and that the Clerk is hereby directed to prepare a warrant for the arrest of the M/V REM POSEIDON.

Done at New Orleans, Louisiana this 5th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

C.A. 14-1777
Doc. 3 Motion
p 2 of 2