UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CIVEO OFFSHORE, LLC | * | CIVIL ACTION NO. 14-cv-01777-SM-DEK |
| | * | |
| versus | | |
| | * | JUDGE SUSIE MORGAN |
| M/V REM POSEIDON (IMO Number 9422330); and her engines, tackle, furniture, apparel, appurtenances, etc., *in rem* | * | |
| | * | MAG. JUDGE DANIEL E. KNOWLES |

*   *   *   *   *   *   *

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Blue Marine Shipping II, S.A. de C.V. entering a restricted appearance pursuant to Rule E(8), and asks this Court to grant an expedited hearing on its Motion to Vacate Arrest. An expedited hearing is warranted and necessary because (1) Rule E(4)(f) allows a person claiming an interest in arrested property to a prompt hearing at which the plaintiff must show why the arrest should not be vacated, and (2) Blue Marine is in danger of losing two lucrative charters if the arrest is not vacated immediately.

Respectfully submitted,

/s/ Michael H. Bagot, Jr.

_____
MICHAEL H. BAGOT, JR., T.A. (#2665)
THOMAS J. WAGNER (#13143)
G. BEAUREGARD GELPI (#18226)
WAGNER, BAGOT & RAYER, LLP
Pan American Life Center - Suite 1660
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-525-2141
Facsimile: 504-523-1587

E-mail:  mbagot@wb-lalaw.com
E-mail:  twagner@wb-lalaw.com
E-mail:  bgelpi@wb-lalaw.com
Attorneys for Blue Marine Shipping II, S.A. de C.V.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of August 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Michael H. Bagot, Jr.

_____
MICHAEL H. BAGOT, JR.

789-01\PLDG\0010